EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Héctor L. Ayala Vega | 2013 TSPR 129<br><br>189 DPR ____ |

Número del Caso: CP-2011-14

Fecha: 8 de noviembre de 2013

Abogados de la Parte Querellada:

Lcdo. Guillermo Figueroa Prieto
Lcdo. Mario Rodríguez Torres

Oficina del Procurador General:

Lcdo. Luis Román Negrón
Procurador General

Lcda. Edna E. Rodríguez Benítez
Procuradora General Auxiliar

Lcda. Yaizamarie Lugo Fontanet
Procuradora General Auxiliar

Lcda. Miriam Álvarez Archilla
Procuradora General Auxiliar

Comisionada Especial:

Hon. Crisanta González Seda

Materia: Conducta Profesional – La suspensión será efectiva el 17 de octubre de 2013, fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Héctor Ayala Vega                    CP-2011-14

RESOLUCIÓN

San Juan, Puerto Rico, a 8 de noviembre de 2013.

Examinada la solicitud de reconsideración presentada por el Sr. Héctor Ayala Vega, reconsideramos la Opinión *Per Curiam* y Sentencia del 10 de octubre de 2013. En vista de las circunstancias atenuantes expuestas en la *Urgente Moción de Reconsideración* entre las cuales se encuentran que: (1) el letrado acepta que la forma en que manejó el caso, luego de que recayera sentencia, no fue la más apropiada; (2) el letrado expresa profundo arrepentimiento por lo ocurrido; (3) el letrado asegura que no repetirá este tipo de conducta; y (4) en 28 años como miembro de la profesión legal no había sido objeto de querella disciplinaria, reducimos el término de suspensión del ejercicio de la profesión de dos (2) a un (1) año.

Notifíquese por teléfono, facsímil y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo